1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN (State Bar No. 189268)
2  GENEVIEVE K. GUERTIN (State Bar No. 262479)
   T. KENNEDY HELM (State Bar No. 282319)
3  HADDAD & SHERWIN LLP
   505 Seventeenth Street
4  Oakland, California 94612
   Telephone: (510) 452-5500
5  Fax: (510) 452-5510

6  Attorneys for Plaintiff
   JOSE LUIS VASQUEZ, JR.

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  JOSE LUIS VASQUEZ, JR., Individually,  ) Case No. CV 14-04220 RMW
                                            )
12             Plaintiff,                   )
    vs.                                     )
13                                          ) **STIPULATION &  ORDER**
    KING CITY, a public entity, FORMER      ) **RE: RESCHEDULING OF CASE**
14  KING CITY CHIEF OF POLICE NICK          ) **MANAGEMENT CONFERENCE**
    BALDIVIEZ, in his individual and official )
15  capacities, SERGEANT BRENNAN            )
    LUX, individually, and DOES 1 through   )
16  10, Jointly and Severally,              )
                                            )
17             Defendants.                  )
                                            )
18  _____

19         All parties to this lawsuit, by and through their respective attorneys, stipulate and agree as

20  follows:

21         A Case Management Conference in this matter is currently set for August 14, 2015 at

22  10:30 a.m. before this Court.  After an initial round of discovery, including the depositions of

23  Plaintiff Jose Vasquez and Defendant Brennan Lux, the parties currently have a settlement

24  conference with Magistrate Judge Cousins scheduled in this matter for August 28, 2015.  The

25  parties respectfully request that the Case Management Conference currently scheduled before this

26  Court be vacated and re-set for September 11, 2015 or another subsequent date convenient for the

27

28  Case No. CV 14-04220-RMW - STIP AND  ORDER RE: RESCHEDULING OF CASE            1
    MANAGEMENT CONFERENCE

1  Court.  Such a continuance would save the Court's time and resources, and would preclude the
2  unnecessary expenditure of attorneys' fees and costs by all parties in this matter in the event that
3  this matter settles at the August 28, 2015 settlement conference.

4
5  DATED:  July 16, 2015                    HADDAD & SHERWIN LLP

6                                            /s/ *Genevieve K. Guertin*
7                                            GENEVIEVE K. GUERTIN
                                             Attorneys for Plaintiff JOSE LUIS VASQUEZ, JR.
8

9  DATED:  July 16, 2015                    LAW OFFICES OF VINCENT P. HURLEY
10
11                                           /s/ *Ryan M. Thompson**
                                             VINCENT P. HURLEY
12                                           RYAN M. THOMPSON
                                             Attorneys for Defendants
13

14 *Mr. Thompson provided his consent that this document be electronically filed.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

This Court hereby orders that the Case Management Conference currently scheduled for August 14, 2015 is vacated and rescheduled for September 11, 2015. The parties shall submit an updated joint case management statement no later than seven (7) days before the case management conference.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT